AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| Chevy Thornton ) ) ) ) *Plaintiff(s)* ) v. ) Civil Action No. 22-cv-01213 Seadrill Americas, Inc. ) ) ) ) *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seadrill Americas, Inc., through their agent for service of process, CT Corporation
1999 Bryan St., Suite 900, Dallas, TX 7520-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: April 26, 2022

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 22-cv-01213

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seadrill Americas, Inc.
was received by me on *(date)* 4/27/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* George Martinez, CT Corporation, 1999 Bryan Street, Suite 900, Dallas, TX , who is designated by law to accept service of process on behalf of *(name of organization)*
Seadrill Americas, Inc. on *(date)* 4/28/2022  2:35 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/28/2022

*Server's signature*

Donna King, Process Server
*Printed name and title*

57826

P.O. Box 850943, Mesquite, TX 75185
*Server's address*

Additional information regarding attempted service, etc:
George Martinez Gender: Male   Race/Skin: Caucasian   Age: 20 - 25 yrs. old   Weight: 150 lb.   Height: 5'7"   Hair: Dark   Glasses: No   Other:

Documents Served: Summons in a Civil Action and Original Complaint for Damages for Failure to Pay Maintenance and Cure